**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PARCEL MANAGEMENT AUDITING
AND CONSULTING, INC.,
     Plaintiff,

    v.

DOONEY & BOURKE, INC. ET AL.,
    Defendants.

No. 3:13-cv-00665 (JAM)

## CONFERENCE MEMORANDUM AND SCHEDULING ORDER

On July 15, 2014, I held a telephonic status conference to discuss a discovery dispute concerning requests for document production. Present were Matthew Corwin, attorney for the plaintiffs, and Matthew Cooper, attorney for the defendants.  After reviewing the parties' letter briefs, and considering the arguments made by counsel during the conference, I hereby ORDER as follows, with regard to Plaintiff's Second Request for Production:

1. I will not compel document production as to Requests Nos. 1, 4, and 12.

2. Regarding Requests 7 and 8, defendants shall produce all pertinent documents—not only summaries—for the period from January 1, 2011 to the date of the request.

3. Regarding Request 11, defendants shall produce all contracts or agreements executed on behalf of Dooney by an employee of Dooney other than Phil Kinsley or Peter Dooney, from 2010 to 2013, where such contracts are in excess of one million dollars in face value or are otherwise consulting contracts.

The Scheduling Order is hereby modified as follows:

4.  All document production shall be completed within 30 days, by **August 15, 2014**. The deposition schedule will remain as previously ordered.

5.  Dispositive motions shall be filed by **September 15, 2014.**


It is so ordered.

Dated at Bridgeport this 15th day of July 2014.


/s/ Jeffrey Alker Meyer

Jeffrey Alker Meyer
United States District Judge